PHILLIP A. TALBERT
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>SHELLBY L. MOORE,<br>    Defendant. | CR NO.  16-147-MCE<br>CR NO.  17-035-MCE |
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>SHELLBY L. MOORE,<br>    Defendant. | CR NO.  17-040-db<br><br>MOTION TO RELATE CASES<br>AND ORDER |

Under Local Rule 123(a), the United States notifies this Court of the filing of a related case and the United States further moves that the case be related.  The United States further moves that this Court place the matter denoted as Cr 17-040 on the calendar of Hon. Morrison C. England on 3/16/17 for arraignment and entry of plea.

On 7/6/16, a complaint (Cr No 16-129) was filed against defendant Moore and co-defendant Lichnock-Gembe.  ECF 1.  Lichnock-Gembe was thereafter ordered detained.  On 7/21/16, defendant Moore was released on her own recognizance and pretrial conditions, including periodic drug testing.

Motion to Relate Cases and Order                                                                                                   1

See ECF 9. On 8/4/16, a grand jury indictment, Cr 16-147, was returned against Moore and Lichnock-Gembe. ECF 22. The matter was assigned to Hon. Morrison C. England. On 11/30/16, a pretrial services violation petition was filed for, among other things, Moore's use of a controlled substance (methamphetamine) while on supervised release. ECF 47. On 12/1/16, Moore was remanded into federal custody. ECF 48. On 2/23/17, a single count information, Cr 17-035, was additionally filed against Moore. On 3/2/17, Moore appeared for change of plea in anticipation of resolution of both Cr 16-147 and Cr 17-035. ECF 61. On 3/2/17, Moore confessed under oath and during the change of plea colloquy that she had used methamphetamine the previous day (3/1/17) while in federal custody. The proceedings were thereafter continued to 3/16/17.

On 3/8/17, the United States filed an information, Cr 17-040, charging Moore with 3/1/17 possession of methamphetamine, a Schedule II controlled substance (Class A Misdemeanor).

## II

Following Local Rule 123(a), subsections (1), (3) and (4), the United States, with the stipulation and agreement of Moore (by and through her counsel, AFD Noa Oren), hereby moves that the latest case, namely the information charging possession of a controlled substance in Cr. 17-040 be related to the former actions against Moore in Cr 16-147 and Cr 17-035, thereby bringing all matters before Judge England. The United States, also with the consent of Moore, further moves that this Court place the latest matter on calendar for arraignment and entry of plea on 3/16/17. At the conclusion of the 3/16/17 hearing -- assuming Moore successfully enters change of plea pursuant to plea agreement in Cr 16-147 and Cr 17-035, and enters a guilty plea pursuant to plea agreement in the latest matter Cr 17-040 -- the parties will be thereafter jointly request the Court refer all matters to the U.S. Probation Office for a presentence report.

///
///
///
///
///

Motion to Relate Cases and Order                                         2

1. The United States submits, in accordance with EDCA local rules, that relating the latter matter, Cr 17-040, with the earlier matters, Cr 16-147 and Cr 17-035, would be efficient for district court personnel, counsel, and the U.S. Probation Office.

PHILLIP A. TALBERT
United States Attorney

 /s/ Michelle Rodriguez  (3/8/17)
MICHELLE RODRIGUEZ
Assistant United States Attorney

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,    )  |  |
|---|---|
|           Plaintiff,    )  | CR NO. 16-147-MCE |
|                         )  | CR NO. 17-035-MCE |
|     v.                  )  |  |
|                         )  |  |
| SHELLBY L. MOORE,       )  |  |
|           Defendant.    )  |  |
|                         )  |  |
| ─────────────────────   )  |  |
| UNITED STATES OF AMERICA,    )  |  |
|           Plaintiff,    )  | CR NO. 17-040-db |
|                         )  |  |
|     v.                  )  |  |
|                         )  |  |
| SHELLBY L. MOORE,       )  |  |
|           Defendant.    )  |  |
|                         )  | ORDER |

Examination of the above-captioned matters, to wit, (1) case number CR. 17-040 against Moore, and (2) CR. 16-147-MCE and 17-035-MCE also against Moore, reveals that the actions are related within the meaning of Local Rule 123(a). Since the latter action, Cr 17-0040, arises from an offense alleged while in custody pending resolution of the earlier matters and, in light of the stipulation of the parties, under Local Rule 123(a), it shall be related to the earlier actions. The Court additionally finds that the assignment of the matters to the same judge is likely to effect a substantial

1 savings of judicial effort and is also likely to be convenient for the parties.  The parties should be
2 aware that relating the cases under Local Rule 123(a) merely has the result that the actions are
3 assigned to the same judge.  No consolidation of the actions is effected.
4     IT IS THEREFORE ORDERED that the actions are assigned and related to U.S. District
5 Court Judge England for all further proceedings.  Henceforth, the caption on documents filed in the
6 cases shall show the initials "MCE".
7     IT IS FURTHER ORDERED that the clerk of the Court make appropriate adjustment in the
8 assignment of criminal cases to compensate for this reassignment.
9     IT IS FURTHER ORDERED that the clerk of the Court place Cr 17-040 on the CALENDAR
10 of the Judge England on 3/16/17.
11     IT IS SO ORDERED.

Dated:  March 10, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE